IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BLACKSMITH OTR, LLC, <br><br> Plaintiff, <br><br> v. <br><br> OTR WHEEL ENGINEERING, INC., <br><br> Defendant. | Case No. 4:23-cv-00279-WMR <br><br> **Jury Trial Demanded** |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Blacksmith OTR, LLC's Motion for Leave to File Under Seal Exhibit 4 to its Motion to Re-Open Case, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk is **DIRECTED** to maintain Plaintiff's Exhibit 4 to its Motion to Re-Open Case under seal in this action.

**IT IS HEREBY ORDERED** this _____ day of _____, 2024.

_____
William M. Ray, II
United States District Judge