IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BLACKSMITH OTR, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OTR WHEEL ENGINEERING, INC.,<br><br>Defendant. | Case No. 4:23-cv-00279-WMR<br><br>**Jury Trial Demanded** |

## **ORDER**

Upon consideration of Plaintiff Blacksmith OTR, LLC's Motion for Leave to File Under Seal Exhibit 4 to its Motion to Re-Open Case, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk is **DIRECTED** to maintain Plaintiff's Exhibit 4 to its Motion to Re-Open Case under seal in this action.

**IT IS HEREBY ORDERED** this 30th day of September, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE